

The STANDS4 Network ≡   Log in (login.php)

settlement                    SEARCH
- Term » Definition
- Word in Definition
- Translations

# (/definitions/0)  A (/definitions/A)  B (/definitions/B)  C (/definitions/C)  D (/definitions/D)  E (/definitions/E)  F (/definitions/F)  G (/definitions/G)  H (/definitions/H)  I (/definitions/I)  J (/definitions/J)  K (/definitions/K)  L (/definitions/L)  M (/definitions/M)  N (/definitions/N)  O (/definitions/O)  P (/definitions/P)  Q (/definitions/Q)  R (/definitions/R)  S (/definitions/S)  T (/definitions/T)  U (/definitions/U)  V (/definitions/V)  W (/definitions/W)  X (/definitions/X)  Y (/definitions/Y)  Z

## Definitions for **settlement**

This page provides all possible meanings and translations of the word **settlement**

### Princeton's WordNet

1. **colony, settlement** (noun)

   a body of people who settle far from home but maintain ties with their homeland; inhabitants remain nationals of their home state but are not literally under the home state's system of government

   "the American colony in Paris"

2. **village, small town, settlement** (noun)

   a community of people smaller than a town

3. **settlement** (noun)

   a conclusive resolution of a matter and disposition of it

4. **colonization, colonisation, settlement** (noun)

   the act of colonizing; the establishment of colonies

   "the British colonization of America"

5. **settlement, resolution, closure** (noun)

   something settled or resolved; the outcome of decision making

   "they finally reached a settlement with the union"; "they never did achieve a final resolution of their differences"; "he needed to grieve before he could achieve a sense of closure"

6. **settlement** (noun)

   an area where a group of families live together

7. **liquidation, settlement** (noun)

   termination of a business operation by using its assets to discharge its liabilities

Sell Settlement for Cash
Have a Structured Settlement? Sell All or Part of Your Payments.

Sell Settlement for Cash
Have a Structured Settlement? Sell All or Part of Your Payments.

Live what you love. Special Effects — See How — The Art Institutes

Newsmax
- Obama Aide Goes Nuts over Newsmax TV
- Newsmax TV Signs to Gain 12 Million Cable Access
- Rep. Steve King: Illegal Sat by First Lady
- New Probiotic Fat Burner Takes GNC by Storm
- Send Michael Moore a Message by Wearing This Navy SEAL Cap
- The Number One Exercise That Accelerates Aging
- American Homeowners Are in for an Extremely Big Surprise

What's This?

Company
Home (http://www.definitions.net/)
About (about.php?sic=Definitions)
News (news.php)
Press (press.php)
Awards (awards.php)
Testimonials (testimonials.php)

Editorial
Login (login.php)
Add a New Entry (adddefinition.php)
Become an Editor (signup.php)
Meet the Editors (editors.php)
Recently Added (justadded.php)
Pending Definitions (pending.php)
Random Entry (random.php)

Services
Tools (http://www.abbreviations.com/tools.php)
Your Saved Items (http://www.abbreviations.com/mylist.php)
Tell a Friend (invite.php)
Bookmark Us ()
Word of the Day (wotd.php)
Definitions API (definitions_api.php)

Legal & Contact

The STANDS4 Network

EX A

Terms of Use (terms.php)
Privacy Policy (privacy.php)
Contact Us (contact.php)
Advertise (advertise.php)

Abbreviations (http://www.abbreviations.com/)
Biographies (http://www.biographies.net/)
Conversions (http://www.convert.net/)
Definitions (http://www.definitions.net/)
Kamus (http://www.kamus.net/)
Lyrics (http://www.lyrics.net/)
Phrases (http://www.phrases.net/)
Poems (http://www.poets.net/)
Quotes (http://www.quotes.net/)
References (http://www.references.net/)
Rhymes (http://www.rhymes.net/)
Symbols (http://www.symbols.com/)
Synonyms (http://www.synonyms.net/)
Zip Codes (http://www.uszip.com/)

© 2001-2015 STANDS4 LLC.
All rights reserved.
(http://www.facebook.com/STANDS4)
(https://plus.google.com/+abbreviations/)

## Wiktionary

1. **settlement** (Noun)
   The state of being settled.

2. **settlement** (Noun)
   A colony that is newly established; a place or region newly settled.

3. **settlement** (Noun)
   A community of people living together, such as a hamlet, village, town, or city.

4. **settlement** (Noun)
   The gradual sinking of a building. Fractures or dislocations caused by settlement.

5. **settlement** (Noun)
   The delivery of goods by the seller and payment for them by the buyer, under a previously agreed trade or transaction or contract entered into.

6. **settlement** (Noun)
   A disposition of property, or the act of granting it.

7. **settlement** (Noun)
   A settled place of abode; residence; a right growing out of legal residence.

8. **settlement** (Noun)
   A resolution of a dispute.

**Webster Dictionary**

1. **Settlement** (noun)
   the act of setting, or the state of being settled

2. **Settlement** (noun)
   establishment in life, in business, condition, etc.; ordination or installation as pastor

3. **Settlement** (noun)
   the act of peopling, or state of being peopled; act of planting, as a colony; colonization; occupation by settlers; as, the settlement of a new country

4. **Settlement** (noun)
   the act or process of adjusting or determining; composure of doubts or differences; pacification; liquidation of accounts; arrangement; adjustment; as, settlement of a controversy, of accounts, etc

5. **Settlement** (noun)
   bestowal, or giving possession, under legal sanction; the act of giving or conferring anything in a formal and permanent manner

6. **Settlement** (noun)
   a disposition of property for the benefit of some person or persons, usually through the medium of trustees, and for the benefit of a wife, children, or other relatives; jointure granted to a wife, or the act of granting it

7. **Settlement** (noun)

Nearby & related entries:

settle upon (/definition/settle upon)
settle, elkanah (/definition/settle, elkanah)
settleable (/definition/settleable)
settled (/definition/settled)
settledness (/definition/settledness)
settlement agreement (/definition/settlement agreement)
settlement house (/definition/settlement house)
settler (/definition/settler)
settling (/definition/settling)
settlings (/definition/settlings)

Alternative searches for **settlement**:

Search for Definitions for settlement (http://www.definitions.net/definition/settlement)

Search for Synonyms for settlement

EX A

- [(http://www.synonyms.net/synonym/settlement)](http://www.synonyms.net/synonym/settlement)

Quotes containing the term settlement (http://www.quotes.net/quotations/settlement)

Search for Phrases containing the term settlement (http://www.phrases.net/psearch/settlement)

Search for Abbreviations containing the term settlement (http://www.abbreviations.com/serp.php?st=settlement&qtype=3)

What rhymes with settlement? (http://www.rhymes.net/rhyme/settlement)

Search for Song lyrics containing the word settlement (http://www.lyrics.net/lyrics/settlement)

Search for settlement (http://www.abbreviations.com/extsearch.php?src=amazon&s=settlement) on Amazon

Search for settlement (http://www.abbreviations.com/extsearch.php?src=google&s=settlement) on Google

that which settles, or is settled, established or fixed

8. **Settlement** (noun)

matter that subsides; settlings; sediment; lees; dregs

9. **Settlement** (noun)

a colony newly established; a place or region newly settled; as, settlement in the West

10. **Settlement** (noun)

that which is bestowed formally and permanently; the sum secured to a person; especially, a jointure made to a woman at her marriage; also, in the United States, a sum of money or other property formerly granted to a pastor in additional to his salary

11. **Settlement** (noun)

the gradual sinking of a building, whether by the yielding of the ground under the foundation, or by the compression of the joints or the material

12. **Settlement** (noun)

fractures or dislocations caused by settlement

13. **Settlement** (noun)

a settled place of abode; residence; a right growing out of residence; legal residence or establishment of a person in a particular parish or town, which entitles him to maintenance if a pauper, and subjects the parish or town to his support

**Freebase**

1. Settlement

   In law, a settlement is a resolution between disputing parties about a legal case, reached either before or after court action begins. The term "settlement" also has other meanings in the context of law. Structured settlements provide for a periodic payment.

**British National Corpus**

1. Spoken Corpus Frequency

   Rank popularity for the word 'settlement' in Spoken Corpus Frequency: #2692

2. Written Corpus Frequency

   Rank popularity for the word 'settlement' in Written Corpus Frequency: #885

3. Nouns Frequency

   Rank popularity for the word 'settlement' in Nouns Frequency: #790

# Translations for settlement

From our Multilingual Translation Dictionary

EX A

English for Beginners   Practical English   Travel English   Telephone English   Banking English   Accounting English   Dictionary

# AudioEnglish.org

Search   ○ courses   ● dictionary
Double-click any word on the page to look it up in the dictionary.

Dialogues   Narrations   Phrases   Pronunciation   Role-play exercises   Q&A   Online tests   All English-learning resources

# Life Settlements

A Life Settlement Buyer Since 2004 We buy Life Insurance Policies Best

AudioEnglish.org » Dictionary » S » Settee ... Severn

## SETTLEMENT

**Pronunciation (US):** setəlmənt

**Dictionary entry overview: What does settlement mean?**

- **SETTLEMENT** (noun)
  The noun **SETTLEMENT** has 7 senses:

  1. a body of people who settle far from home but maintain ties with their homeland; inhabitants remain nationals of their home state but are not literally under the home state's system of government
  2. a community of people smaller than a town
  3. a conclusive resolution of a matter and disposition of it
  4. the act of colonizing; the establishment of colonies
  5. something settled or resolved; the outcome of decision making
  6. an area where a group of families live together
  7. termination of a business operation by using its assets to discharge its liabilities

  *Familiarity information: **SETTLEMENT** used as a noun is common.*

**Dictionary entry details**

- **SETTLEMENT** (noun)

Sense 1                                                                 settlement [BACK TO TOP]

**Meaning:**
A body of people who settle far from home but maintain ties with their homeland; inhabitants remain nationals of their home state but are not literally under the home state's system of government

**Classified under:**
Nouns denoting groupings of people or objects

**Synonyms:**
colony; settlement

**Hypernyms ("settlement" is a kind of...):**
body (a group of persons associated by some common tie or occupation and regarded as an entity)

**Meronyms (members of "settlement"):**
colonial (a resident of a colony)

**Hyponyms (each of the following is a kind of "settlement"):**
proprietary colony (a colony given to a proprietor to govern (in 17th century))
Plantation (a newly established colony (especially in the colonization of North America))
frontier settlement; outpost (a settlement on the frontier of civilization)

**Instance hyponyms:**
Demerara (a former Dutch colony in South America; now a part of Guyana)
Calpe; Gibraltar; Rock of Gibraltar (location of a colony of the United Kingdom on a limestone promontory at the southern tip of Spain; strategically important because it can control the entrance of ships into the Mediterranean; one of the Pillars of Hercules)

EX B

Plymouth Colony (colony formed by the Pilgrims when they arrived at Plymouth Rock in 1620; it was absorbed into the Massachusetts Bay Colony in 1691)

New Amsterdam (a settlement established by the Dutch near the mouth of Hudson River and the southern end of Manhattan Island; annexed by the English in 1664 and renamed New York)

### Sense 2                              settlement [BACK TO TOP]

**Meaning:**
A community of people smaller than a town
**Classified under:**
Nouns denoting groupings of people or objects
**Synonyms:**
small town; village; settlement
**Hypernyms ("settlement" is a kind of...):**
community (a group of people living in a particular local area)
**Hyponyms (each of the following is a kind of "settlement"):**
moshav (a cooperative Israeli village or settlement comprised of small farms)

### Sense 3                              settlement [BACK TO TOP]

**Meaning:**
A conclusive resolution of a matter and disposition of it
**Classified under:**
Nouns denoting communicative processes and contents
**Hypernyms ("settlement" is a kind of...):**
agreement; understanding (the statement (oral or written) of an exchange of promises)
**Hyponyms (each of the following is a kind of "settlement"):**
accommodation (a settlement of differences)
conclusion (a final settlement)
out-of-court settlement (resolution of a dispute prior to the rendering of a final decision by the trial court)
property settlement ((matrimonial law) the division of property owned or acquired by marriage partners during their marriage)
accord and satisfaction (the settlement of a debt by paying less than the amount demanded in exchange for extinguishing the debt)

### Sense 4                              settlement [BACK TO TOP]

**Meaning:**
The act of colonizing; the establishment of colonies
**Classified under:**
Nouns denoting acts or actions
**Synonyms:**
colonisation; colonization; settlement
**Context example:**
the British colonization of America
**Hypernyms ("settlement" is a kind of...):**
constitution; establishment; formation; organisation; organization (the act of forming something)
**Hyponyms (each of the following is a kind of "settlement"):**
population (the act of populating (causing to live in a place))

### Sense 5                              settlement [BACK TO TOP]

**Meaning:**
Something settled or resolved; the outcome of decision making
**Classified under:**
Nouns denoting cognitive processes and contents
**Synonyms:**
closure; settlement; resolution
**Context examples:**

SETTLE
SETTLE DOWN
SETTLE ON
SETTLED
SETTLEMENT
SETTLEMENT HOUSE
SETTLER
SETTLING
SETTLINGS
SETUBAL

English learning courses
About Practical English
About Telephone English
About Accounting English
Learn English
Free English Language Dictionary
British and American English pronunciation

Other popular searches:
» what does valhalla mean
» aristotle
» what does unethical mean
» progeria
» what does strong willed mean

E-mail to a friend
Add to favorites

EX B

the finally reached a settlement with the union / they never did achieve a final resolution of their differences / he needed to grieve before he could achieve a sense of closure

**Hypernyms ("settlement" is a kind of...):**

deciding; decision making (the cognitive process of reaching a decision)

### Sense 6                                                                                       settlement [BACK TO TOP]

**Meaning:**

An area where a group of families live together

**Classified under:**

Nouns denoting spatial position

**Hypernyms ("settlement" is a kind of...):**

geographic area; geographic region; geographical area; geographical region (a demarcated area of the Earth)

**Hyponyms (each of the following is a kind of "settlement"):**

hamlet; village (a settlement smaller than a town)

### Sense 7                                                                                       settlement [BACK TO TOP]

**Meaning:**

Termination of a business operation by using its assets to discharge its liabilities

**Classified under:**

Nouns denoting acts or actions

**Synonyms:**

liquidation; settlement

**Hypernyms ("settlement" is a kind of...):**

conclusion; ending; termination (the act of ending something)

**Hyponyms (each of the following is a kind of "settlement"):**

viatical settlement; viaticus settlement (sale of an insurance policy by a terminally ill policy holder)

### Learn English with... Proverbs of the week

"Do unto others as you would have done to you." *(English proverb)*

"The rainbow is a sign from Him who is in all things." *(Native American proverb, Hopi)*

"The one-eyed person is a beauty in the country of the blind." *(Arabic proverb)*

"Haste and speed are rarely good" *(Dutch proverb)*

### SETTLEMENT: related words searches

- » body: pronunciation in phonetic transcription
- » Definition of colonial
- » What does constitution mean?
- » population meaning
- » viatical settlement definition

### Related FAQs:

- » SETTLEMENT

EX B

# settlement 🔊

A settlement is a colony or any small community of people. If a bunch of people build houses on the moon together, they'll have the first lunar *settlement*. A *settlement* is also the resolution of something such as a lawsuit.

One kind of settlement is a place where people live. This can be a community that's smaller than a town, like a village. Also, if one country establishes a colony somewhere else, that can be called a settlement. The other kind of settlement happens when something is settled, like the end of a disagreement. A lawsuit is ended if there's a settlement — both parties make an agreement that often involves money. A settlement brings closure and resolution.

Think you know settlement? Quiz yourself:

settlement means :
- resolution
- termination
- dispute
- contract

ASSESSMENT: 100 POINTS

Share It   ✓ Learn It   ≡ Add to List...   Visual Thesaurus

PRIMARY MEANINGS OF:
## settlement

| | | |
|---|---|---|
| 1 | n | the act of colonizing; the establishment of colonies |
| 2 | n | something settled or resolved; the outcome of decision making |

FULL DEFINITIONS OF: settlement

**1**

*n* the act of colonizing; the establishment of colonies

**Synonyms:** colonisation, colonization

**Types:** population
the act of populating (causing to live in a place)

**Type of:** constitution, establishment, formation, organisation, organization
the act of forming or establishing something

*n* a body of people who settle far from home but maintain ties with their homeland; inhabitants remain nationals of their home state but are not literally under the home state's system of government

**Synonyms:** colony

**Examples:** show 4 examples...

**Types:** frontier settlement, outpost
a settlement on the frontier of civilization

Plantation
a newly established colony (especially in the colonization of North America)

proprietary colony
a colony given to a proprietor to govern (in 17th century)

**Type of:**

WORD FAMILY

(settlement)   (settlements)

(settle)   (settled)   (settlement)

(the "settle" family)

USAGE EXAMPLES
∨ All Sources

The settlements largely center on S.&P.'s ratings of eight commercial mortgage-backed securities deals.
*New York Times*   Jan 20, 2015

The settlement is not final, the people said, and any deal would need the approval of about a dozen state attorneys general.
*New York Times*   Jan 19, 2015

The settlement between the Department of Environmental Quality and Western Metals Recyling resolves three of four violations cited by the agency.
*Washington Times*   Jan 17, 2015

A ruling isn't expected until April at the earliest and, barring a settlement, appeals are likely.
*Washington Times*   Jan 18, 2015

Next >

EX C

| | body |
|---|---|
| | a group of persons associated by some common tie or occupation and regarded as an entity |

| | | |
|---|---|---|
| *n* | a community of people smaller than a town | |
| Synonyms: | small town, village | |
| Types: | moshav<br>a cooperative Israeli village or settlement comprised of small farms | |
| Type of: | community<br>a group of people living in a particular local area | |

| | | |
|---|---|---|
| *n* | an area where a group of families live together | |
| Examples: | show 8 examples... | |
| Types: | show 4 types... | |
| Type of: | geographic area, geographic region, geographical area, geographical region<br>a demarcated area of the Earth | |

**2**

| | | |
|---|---|---|
| *n* | something settled or resolved; the outcome of decision making | |
| *"they finally reached a settlement with the union"* | | |
| Synonyms: | closure, resolution | |
| Type of: | deciding, decision making<br>the cognitive process of reaching a decision | |

| | | |
|---|---|---|
| *n* | a conclusive resolution of a matter and disposition of it | |
| Examples: | Missouri Compromise<br>an agreement in 1820 between pro-slavery and anti-slavery factions in the United States concerning the extension of slavery into new territories | |
| Types: | show 7 types... | |
| Type of: | agreement, understanding<br>the statement (oral or written) of an exchange of promises | |

| | | |
|---|---|---|
| *n* | termination of a business operation by using its assets to discharge its liabilities | |
| Synonyms: | liquidation | |
| Types: | viatical settlement, viaticus settlement<br>sale of an insurance policy by a terminally ill policy holder | |
| Type of: | conclusion, ending, termination<br>the act of ending something | |

Copyright © 2015 Vocabulary.com All Rights Reserved.    · Home · How It Works · Educator Edition · Leaderboards · Blog · Help · Privacy · Terms

EX C