**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MICHAEL A. KEETON, an individual; on behalf of himself and all others similarly situated, | § § § § § § § | |
| Plaintiffs, | § | |
| vs. | § § § | |
| | § | Civil Action No: 1:14-cv-00130 |
| TATE & KIRLIN ASSOCIATES, a Pennsylvania Corporation; LVNV FUNDING, LLC, a Delaware Limited Liability Company; and JOHN AND JANE DOES 1 NUMBERS THROUGH 25, | § § § § § § § | |
| Defendants. | § § | |

## [PROPOSED] AMENDED SCHEDULING ORDER

1.     Jury Trial: Estimated time to try: 3-4 days.

2.     Discovery must be completed by:                    **September 6, 2015**
       Counsel may agree to continue discovery beyond the deadline, but there will be no intervention from the Court. No continuance will be granted because of information acquired in post-deadline discovery.

3.     Dispositive Motions will be filed by:              **October 6, 2015**

       Class Certification Motions will be filed by:      **October 6, 2015**

       Non-Dispositive Motions will be filed by:          **September 6, 2015**

4.     Joint Pretrial Order is due:                       **October 6, 2015**

       The final pretrial conference hearing will be scheduled after the District Court rules on any dispositive motions.

       The case will remain on standby until tried.

DONE at Brownsville, Texas, on _____, 2015.


                                          _____
                                          HON. RONALD G. MORGAN
                                          United States Magistrate Judge