IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MICHAEL A. KEETON, an individual** § | | |
| **on behalf of himself and all others** § | | |
| **similarly situated,** § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. B-14-130 | |
| § | | |
| **TATE & KIRLIN ASSOCIATES,** § | | |
| **LVNV FUNDING, LLC., & JOHN** § | | |
| **AND JANE DOES 1-25,** § | | |
| Defendants. § | | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: 3-4 days.                          ✓ Jury

2. Discovery must be completed by:                          September 8, 2015[1]
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention from the Court.  No continuance will be granted because of information acquired in post-deadline discovery.*

   Non-Dispositive Motions will be filed by:                  September 8, 2015

3. Dispositive Motions will be filed by:                          October 8, 2015

4. Class Certification Motions shall be filed by                  October 8, 2015

5. Joint Pretrial Order is due:                                   October 8, 2015

The final pretrial conference hearing will be scheduled after the District Court rules on any dispositive motions.

The case will remain on standby until tried.

    DONE at Brownsville, Texas, on July 7, 2015.

                                                _____
                                                Ronald G. Morgan
                                                United States Magistrate Judge

---

[1] The proposed scheduling order had September 6, 2015, as the proposed deadline.  That day is a Sunday and the following day is a Federal holiday.  The Court has set this deadline for the next business day and has adjusted all other dates accordingly.